**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 02-2354

_____

DAVID BROOKSHIRE,

Plaintiff - Appellant,

versus

C.F. SAUER COMPANY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Terry L. Wooten, District Judge.
(CA-01-3833)

_____

Submitted:  May 8, 2003               Decided:  May 27, 2003

_____

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John P. Mann, Jr., MANN LAW FIRM, L.L.C., Greenville, South
Carolina, for Appellant.  Douglas M. Nabhan, WILLIAMS MULLEN,
Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Brookshire appeals the district court's order, accepting the recommendation of the magistrate judge, and granting summary judgment to C.F. Sauer Company in his Family Medical Leave Act ("FMLA") action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brookshire v. C.F. Sauer Co., No. CA-01-3833 (D.S.C. Oct. 24, 2002). To the extent that Brookshire alleges on appeal that he qualified for FMLA leave on the grounds of a "chronic serious health condition" under 29 C.F.R. § 825.114(a)(2)(iii) (2003), we decline to consider the argument because he failed to raise this issue in opposition to Sauer's motion for summary judgment. "'If a party fails to assert a legal reason why summary judgment should not be granted, that ground is waived and cannot be considered or raised on appeal.'" Grenier v. Cyanamid Plastics, Inc., 70 F.3d 667, 678 (1st Cir. 1995) (quoting Vaughner v. Pulito, 804 F.2d 873, 877 n.2 (5th Cir. 1986)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED